# United States District Court
# For The Western District of North Carolina
# Asheville Division

CARL EDWARD WILEY,,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        1:11-cv-256-RJC

GREGORY A. NEWMAN,
NATHAN C. RAMSEY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/06/2012 Order.

                                            FRANK G. JOHNS, CLERK
                                            Signed: August 6, 2012

Frank G. Johns, Clerk
United States District Court